**STATE OF FLORIDA, ex rel. LEO BAILEY, v. H. M. FARRIOR,** Sheriff of Washington County, Florida.

19 So. (2nd) 865                                   June Term, 1944
December 8, 1944                                         En Banc

*W. W. Flournoy,* for petitioner.

*J. Tom Watson,* Attorney General, and *John C. Wynn,* Assistant Attorney General, for respondent.

PER CURIAM:

Petitioner was confined in the county jail of Bay County awaiting execution under a death sentence. Pursuant to Sec. 950.02, F.S. '41, FSA, the Governor of Florida requested the circuit judge to order petitioner transferred to Washington County jail. Such order was entered and is now questioned by habeas corpus.

It appears that the Governor was actuated by the best interest of the State in requesting the transfer order. The circuit judge concurred by promptly ordering the transfer.

Such action was done pursuant to a valid statute, wherefore the writ is quashed and petitioner is remanded to custody.

So ordered.

BUFORD, C. J., TERRELL, BROWN, CHAPMAN, THOMAS, ADAMS and SEBRING, JJ., concur.